

# Precision Spine Acquires Spinal USA, LLC & Precision Medical of Mississippi, LLC

June 19, 2012 03:05 PM Eastern Daylight Time

PARSIPPANY, N.J.--(BUSINESS WIRE)--Precision Spine, Inc. ("Precision Spine") announced today that it has purchased Spinal USA, LLC ("Spinal USA") and Precision Medical of Mississippi, LLC ("Precision Medical"), privately held medical device companies headquartered in Pearl, MS, in a transaction valued at approximately $72 million. Precision Spine recognized the significant industry presence built by Spinal USA and Precision Medical, and intends to build upon and expand that presence. The company plans to continue the growth fueled by the 2011 releases of the Vault™ Stand Alone ALIF System and the S-LOK™ PC Posterior Cervical System, and aims to offer several additional new products in the second half of 2012.

James Pastena, President and Chief Executive Officer of Precision Spine, expressed his enthusiasm for the new opportunity, stating: "Precision Spine is well positioned in this challenging economy to better address the needs of the aging population in a cost effective manner. Our subsidiaries have a proven track record of lowering manufacturing costs while delivering high quality medical products and reducing costs for local and national health care providers and their respective patients. These achievements have driven a growth rate of more than 30% in a market experiencing overall negative growth. We believe we can accelerate that rate, with several initiatives planned that will build on our strengths, expand our product lines and allow us to deliver even greater value to communities hard hit by the current economy."

Dr. Gil Aust, former Chairman of the Board of Spinal USA and Precision Medical, welcomed the transaction, commenting: "We are proud to have built these companies for the benefit of patients who are struggling with the costs of healthcare and providers who are trying to deliver the best medical care for their patients at the greatest value proposition. Precision Spine recognizes our vision and shares our goals for giving back to the community. I have tremendous respect for the Precision Spine organization due to management's experience and proven track record, and look forward to seeing the next phase of growth of these companies under its watch."

For more information, contact Richard Dickerson, Sr. VP Operations, at rich@spinalusa.com.

**About Precision Spine**

Precision Spine, Inc. is a privately held company with its executive headquarters in Parsippany, NJ. Precision Spine is the parent company of its wholly owned subsidiaries, Spinal USA, Inc. and Precision Medical, Inc. Precision Spine is dedicated to providing innovative, quality spine products that are designed to help treat serious medical conditions in a cost effective manner. For more information, visit www.spinalusa.com.

Contacts



Precision Spine, Inc.
Richard Dickerson, 973-455-7150
Sr. VP Operations
rich@spinalusa.com