

# PRECISION SPINE™

September 8, 2015

**RE: Litigation filed against Zavation, LLC et als.**

Dear Valued Partner:

I am writing to inform you that the Precision Spine group of companies (Precision Spine, Inc., Spinal USA, Inc. and Precision Medical, Inc.) has filed a lawsuit in New Jersey Superior Court (Docket No.: MRS-C-101-15) against Zavation, LLC ("Zavation"), J2 Manufacturing, LLC ("J2") and Jeffrey Johnson, the founder and a principal of Zavation, claiming, among other things, that these defendants have sought, obtained, and utilized our trade secrets and other confidential and proprietary business information and documents to unfairly compete, and tortiously interfered with certain of our contractual relationships. Given the extent of the activities, we deemed it critical to pursue legal action to protect our interests and consequently those of our business partners.

Because you are a valued business partner, we wanted to provide you with this notice to make you aware of this matter. Our confidential and proprietary business information is of high importance to us. We will take all steps necessary to protect this information and our business. **To the extent that you may have access to any of our confidential business information and/or documents, we ask that you continue to safeguard them to the same degree that you would safeguard your own critical and confidential business information.**

If you have or obtain any information that you believe could be relevant to the above-referenced lawsuit or to our confidential and proprietary business information, please let me know as soon as possible. We appreciate your business and look forward to a continued and long-lasting relationship.

Sincerely,

Timothy Bortree
General Counsel

**EXHIBIT 4**

Precision Spine . 5 Sylvan Way, Parsippany, NJ 07054 . 973.455.7150