Precision Spine, et al. v.  
Zavation, et al.

Justin Kyle Johnson  
January 24, 2017

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF MISSISSIPPI  
NORTHERN DIVISION

PRECISION SPINE, INC.,  
AND SPINAL USA, INC. F/K/A  
SPINAL USA, LLC            PLAINTIFFS/COUNTER-DEFENDANTS

V.                         CIVIL ACTION NO. 3:15CV681-LG-RHW

ZAVATION, LLC, J2  
MANUFACTURING, LLC, AND  
JEFFREY JOHNSON            DEFENDANTS/COUNTER-PLAINTIFFS

ORAL DEPOSITION OF JUSTIN KYLE JOHNSON

Taken at the instance of the Plaintiffs/Counter-Defendants on Tuesday, January 24, 2017, in the offices of Butler Snow, LLP, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, Mississippi, beginning at 9:20 a.m.

(Appearances noted herein)

REPORTED BY:    Kelly D. Brentz, CSR, RPR  
                Edwards Reporting, Inc.  
                435 Katherine Drive, Suite A  
                Jackson, Mississippi 39232  
                601-355-DEPO (3376)  
                800-705-DEPO (3376)

**EXHIBIT 4**

Precision Spine, et al. v.  Justin Kyle Johnson
Zavation, et al.  January 24, 2017

Page 2

```
 1                    APPEARANCES:

 2

 3

 4        JOHN G. CORLEW, ESQ.
          Corlew, Munford & Smith
 5        4450 Old Canton Road, Suite 111
          Jackson, Mississippi 39211
 6

 7            COUNSEL FOR PLAINTIFFS/COUNTER-DEFENDANTS

 8

 9

10
          JOHN A. CRAWFORD, JR., ESQ.
11        PAUL A. DAVIS, ESQ.
          Butler Snow, LLP
12        1020 Highland Colony Parkway, Suite 1400
          Ridgeland, Mississippi 39157
13

14
              COUNSEL FOR DEFENDANTS/COUNTER-PLAINTIFFS
15

16

17

18

19

20    ALSO PRESENT:     Frankie Cummins
                        Lawrence Walker (telephonically)
21

22

23

24

25
```

Precision Spine, et al. v.　　　　　　　　　　　　Justin Kyle Johnson
Zavation, et al.　　　　　　　　　　　　　　　　　January 24, 2017

Page 24

1  production.

2  (Exhibit 253 marked for identification and

3  attached hereto.)

4  MR. CORLEW:  And I'm going to mark as Exhibit

5  254 two pages that relate to the Monday production.

6  There was some confusion about the documents, if you

7  remember, so I think we need to put those two

8  together.

9  (Exhibit 254 marked for identification and

10  attached hereto.)

11  Q.  (By Mr. Corlew)  Now, when you were retained at

12  Spinal, did you sign a confidentiality agreement?

13  MR. CRAWFORD:  Object to the form.

14  A.  I did not.

15  Q.  (By Mr. Corlew)  Let me hand you this document

16  and ask if you can identify it?

17  (Pause.)

18  A.  I identify my signature on here, that is

19  correct.

20  Q.  Dated August 25, 2008?

21  MR. CRAWFORD:  Object to the form.

22  Q.  (By Mr. Corlew)  Look at the first paragraph.

23  Is the date of it August 25, 2008?

24  A.  That is the date I was hired, but that -- I did

25  not sign a confidentiality agreement on that date.

Precision Spine, et al. v.  
Zavation, et al.

Justin Kyle Johnson  
January 24, 2017

Page 25

1      Q.    When did you sign a confidentiality agreement?

2      A.    I do not remember the date. Also, I did not

3 work for Spinal USA. That was never an entity that I

4 worked for.

5      Q.    What entity did you work for?

6      A.    Precision Medical of Mississippi.

7      Q.    And what was the relationship between Precision

8 Medical of Mississippi and Spinal USA?

9      A.    Precision Medical was the manufacturing

10 division -- was the manufacturing part of -- they were

11 separate entities but Precision Medical did the

12 manufacturing.

13      Q.    Who owned Precision Medical?

14           MR. CRAWFORD: At what time?

15      Q.    (By Mr. Corlew) When you hired in?

16      A.    A group of doctors, I assumed, owned it, yeah.

17      Q.    Was it owned by Spinal USA?

18           MR. CRAWFORD: Object to the form.

19      A.    I do not know if it was owned by Spinal USA.

20      Q.    (By Mr. Corlew) Who wrote your checks?

21      A.    Precision Medical of Mississippi.

22      Q.    And on the products that were manufactured, what

23 were they called?

24      A.    What were the products called?

25      Q.    Uh-huh.