203]. The defendants shall have twenty-one days from the entry of this order to file one joint motion for summary judgment. The response and reply shall be filed within the time allowed by the Local Rules. If any party believes it is unable to adequately brief the issues within the page limitations of Local Rule 7(b)(5), the party shall seek leave of Court prior to filing memorandum briefs exceeding the limitations.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [208] Plaintiffs' Motion to Strike is **GRANTED**. The Motions for Summary Judgment filed by the defendants [177, 179, 181, 183, 185, 187, 189, 191, 193, 195, 197, 199, 203] are hereby **STRICKEN**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendants shall have twenty-one days from the entry of this order to file one joint motion for summary judgment.

**SO ORDERED AND ADJUDGED** this the 8th day of March, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE