# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**PRECISION SPINE, INC., and SPINAL USA, INC. f/k/a Spinal USA, LLC**          **PLAINTIFFS/COUNTER-DEFENDANTS**

**v.**          **CIVIL ACTION NO.: 3:15CV681-LG-RHW**

**ZAVATION, LLC,
J2 MANUFACTURING LLC, and
JEFFREY JOHNSON**          **DEFENDANTS/COUNTER-PLAINTIFFS**

## JOINT MOTION FOR ENTRY OF AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs Precision Spine, Inc. and Spinal USA, Inc. f/k/a Spinal USA, LLC, and Defendants Zavation, LLC, J2 Manufacturing, LLC and Jeffrey Johnson, and jointly move this Court for the entry of an agreed final judgment of dismissal of all claims and counterclaims with prejudice. In support of this motion, Plaintiffs and Defendants would show the following:

1.      The Parties have compromised and settled their dispute to their mutual satisfaction and desire for the Court to dismiss this action with prejudice, pursuant to the Agreed Final Judgment being provided to the Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Precision Spine, Inc. and Spinal USA, Inc. f/k/a Spinal USA, LLC, and Defendants Zavation, LLC, J2 Manufacturing, LLC and Jeffrey Johnson respectfully and jointly request that the Court enter the attached Agreed Final Judgment of Dismissal with Prejudice.

Respectfully submitted, this the 5th day of May, 2017.

/s/John G. Corlew_____
John G. Corlew, (MB #6526)
Kathy K. Smith, (MB #10350)
CORLEW, MUNFORD & SMITH PLLC
4450 Old Canton Road, Suite 111 (39211)
P. O. Box 16807
Jackson, MS 39236-6807
(P) (601) 366-1106
(F) (601) 366-1052
(E) jcorlew@cmslawyers.com
(E) ksmith@cmslawyers.com

ATTORNEYS FOR PRECISION SPINE, INC. and SPINAL USA, INC., f/k/a Spinal USA, LLC


/s/ Jack Crawford_____
Paul N. Davis (MB #8683)
John A. Crawford, Jr., (MB# 10346)
BUTLER SNOW LLP
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) paul.davis@butlersnow.com
    jack.crawford@butlersnow.com

ATTORNEYS FOR ZAVATION, LLC, J2 MANUFACTURING, LLC and JEFFREY JOHNSON

**CERTIFICATE OF SERVICE**

    I, John A. Crawford, Jr., do certify that I have this day caused a true and correct copy of the foregoing instrument to be filed through the Court's ECF system, which has sends notification of such filing to all counsel of record.

    This the 5th day of May, 2017.

                                                 */s/ Jack Crawford*