**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**PRECISION SPINE, INC., and SPINAL**
**USA, INC. f/k/a Spinal USA, LLC**           **PLAINTIFFS/COUNTER-DEFENDANTS**

**v.**                                        **CIVIL ACTION NO.: 3:15CV681-LG-RHW**

**ZAVATION, LLC,**
**J2 MANUFACTURING LLC, and**
**JEFFREY JOHNSON**                           **DEFENDANTS/COUNTER-PLAINTIFFS**

**AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

CAME BEFORE THE COURT, the joint motion of the Parties to this Action, for entry of this Agreed Final Judgment of Dismissal of the Complaint and the Counterclaims with Prejudice but without taxation of costs. The Parties have represented to the Court that they have compromised and settled their dispute to their mutual satisfaction pursuant to a written Settlement Agreement. Accordingly, this Court FINDS that the parties' motion for entry of a judgment of dismissal with prejudice is well-taken and should be granted.

WHEREFORE, IT IS ORDERED and ADJUDGED that the Stipulation and Consent Order, ECF No. 31, heretofore entered in this Action be and is hereby vacated in its entirety.

IT IS FURTHER ORDERED and ADJUDGED that the Complaint and the Counterclaims are hereby dismissed with prejudice, without taxation of costs, with each party bearing his or its own costs, expenses and attorneys' fees.

IT IS FURTHER ORDERED AND ADJUDGED that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

SO ORDERED, this the 10th day of May, 2017.

s/*Louis Guirola, Jr.*
CHIEF U. S. DISTRICT JUDGE

AGREED TO AND APPROVED FOR ENTRY:

*/s/John G. Corlew*_____
John G. Corlew, (MB #6526)
Kathy K. Smith, (MB #10350)
CORLEW, MUNFORD & SMITH PLLC
4450 Old Canton Road, Suite 111 (39211)
P. O. Box 16807
Jackson, MS 39236-6807
(P) (601) 366-1106
(F) (601) 366-1052
(E) jcorlew@cmslawyers.com
(E) ksmith@cmslawyers.com

ATTORNEYS FOR PRECISION SPINE, INC.
and SPINAL USA, INC., f/k/a Spinal USA, LLC

*/s/ Jack Crawford*_____
Paul N. Davis (MB #8683)
John A. Crawford, Jr., (MB# 10346)
BUTLER SNOW LLP
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) paul.davis@butlersnow.com
    jack.crawford@butlersnow.com

ATTORNEYS FOR ZAVATION, LLC,
J2 MANUFACTURING, LLC and
JEFFREY JOHNSON